UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,                  )<br>        Plaintiff                                              )<br>                                                                  )<br>v.                                                                 )<br>                                                                  )<br>APPROXIMATELY 1,283,763 USDT ASSOCIATED  )<br>WITH THE CRYPTOCURRENCY WALLET             )<br>WITH ADDRESS                                                 )<br>0X617B4C0EF2388E7A893C8C47EB4B6D97A1657610 )<br>                                                                  )<br>APPROXIMATELY 1,943,188 USDT ASSOCIATED  )<br>WITH THE CRYPTOCURRENCY WALLET             )<br>WITH ADDRESS                                                 )<br>0XDF22A5C33944DAFA27D11799E62D8310B84BCCBA)<br>                                                                  )<br>APPROXIMATELY 217,519 USDT ASSOCIATED    )<br>WITH THE CRYPTOCURRENCY WALLET             )<br>WITH ADDRESS                                                 )<br>TXUFJNJKKGPQ3O7KVQNDF2D2NUCFEWTAJR         )<br>                                                                  )<br>        Defendants *in Rem*.                               ) | Civil No.: 25-CV-11117-JEK |

## WARRANT AND MONITION

To:     The United States Marshals Service or designee:

<u>You</u> <u>Are</u> <u>Hereby</u> <u>Commanded</u> to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following defendant property, described as:

a. approximately 1,283,763 USDT associated with the cryptocurrency wallet with address 0x617B4c0ef2388e7a893C8c47EB4b6D97a1657610;

b. approximately 1,943,188 USDT associated with the cryptocurrency wallet with address 0xDF22A5C33944DAFa27D11799e62D8310b84BCcbA; and

    c.  approximately 217,519 USDT associated with the cryptocurrency wallet with address TXufJnjkkGpQ3o7KvQndf2D2nUCFeWtaJr

(collectively, the "Defendant Property").[1]

This Court has found probable cause for forfeiture of the Defendant Property. Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Property via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2) Serving a copy of this Warrant and Monition, together with a copy of the Complaint to:

| Victim 1 | Victim 2 |
| --- | --- |
| Massachusetts | Massachusetts |
| Victim 3 | Victim 4 |
| Utah | South Carolina |

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand, or by any other reasonable means, such as electronic service.

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Property in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest of the Defendant Property or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND

---

[1] USDT is a form of cryptocurrency.

SERVED UPON ASSISTANT UNITED STATES ATTORNEY MATTHEW M. LYONS, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER.  ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY MATTHEW M. LYONS, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.

THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9.  IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE ADDRESSED TO THE ATTORNEY GENERAL; SHALL BE SWORN TO BY THE PETITIONER, OR BY THE PETITIONER'S ATTORNEY UPON INFORMATION BELIEF, SUPPORTED BY THE CLIENT'S SWORN NOTICE OF REPRESENTATION PURSUANT TO 28 U.S.C. § 1746, AS SET FORTH IN 28 C.F.R. § 9.9(g); AND SHOULD BE SUBMITTED TO THE ATTENTION OF ASSISTANT UNITED STATES ATTORNEY MATTHEW M. LYONS, UNITED STATES

ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210.

                                        Robert M. Farrell, Clerk
                                        U.S. District Court

                            By: _Haley Currie_____
                                    Deputy Clerk

                                        Date: March 5, 2026

APPROVED AND SO ORDERED:

_Julia Kobick_____
United States District Judge

Date: March 5, 2026

4